AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RONALD BELCIANO | ) | Case No. 11-MJ-137 |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 4, 2011__ in the county of __Cumberland__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1956 | Money Laundering |
| 21 U.S.C. Section 846 | Drug Trafficiking |

This criminal complaint is based on these facts:

I, Christopher Hertzog, am a Special Agent with Homeland Security Investigations (HSI). Your affiant has been employed as a special agent with Homeland Security Investigations (HSI) since 2007 and is currently assigned to the High Intensity Drug Trafficking Area (HIDTA) Financial Investigations Group. Your affiant is primarily responsible for investigating violations of the Money Laundering Control Act of 1986, Bank Secrecy Act . . .

☑ Continued on the attached sheet.  (Continued on the attached 3 pages.)

_Complainant's signature_

Christopher Hertzog, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 11/09/2011

_Judge's signature_

City and state: Harrisburg, PA       J. Andrew Smyser, U.S. Magistrate Judge
_Printed name and title_